# Court of Appeals
# of the State of Georgia

ATLANTA, May 27, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1934. ALFRED EDMONSON v. THE STATE.

In 2014, a jury convicted Alfred Edmonson of false imprisonment and aggravated sodomy, and he appealed. This Court affirmed the denial of his motion for new trial in *Edmonson v. State*, 336 Ga. App. 621, 621 (785 SE2d 563) (2016). Subsequent thereto, Edmonson filed two direct appeals from trial court orders denying his motions to vacate his convictions, both of which this Court dismissed. See Case No. A19A1024 (Jan. 24, 2019); Case No. A19A1155 (Feb. 25, 2019).

In 2025, Edmonson filed a motion to vacate void judgment , which the trial court denied. He filed a timely notice of appeal. This Court, however, lacks jurisdiction.

A petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case, *Harper v. State*, 286 Ga. 216, 218(1) (686 SE2d 786) (2009), and a defendant is not entitled to appeal from the denial of such a motion. Id. at 218(2). Moreover, Edmonson's current appeal is barred because any issues he might raise have been — or could have been — litigated in his prior appeal. See *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad infinitum. The same is true of appeals of the same issue on the same grounds.") (punctuation omitted); *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/27/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*